Amend Writ of Habeas Corpus is **DISMISSED AS MOOT.**

**Mervin TORIAN, Petitioner**

v.

**Kenneth CAMERON, S.C.I. Cresson, P.O. Box a Cresson, PA 16699–0001, Hugh J. Burns, Esquire, Three S. Penn Square Philadelphia, PA 19107, District Attorney, Respondents.**

**No. 110 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 25, 2008.

**ORDER**

PER CURIAM.

**AND NOW,** this 25th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nicodemo DIPIETRO, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 26, 2008.

**ORDER**

PER CURIAM.

**AND NOW,** this 26th day of September, 2008, the Petitioner's Motion to Substitute Petitions for Allowance of Appeal is **GRANTED.** The Petition for Allowance of Appeal that was filed in this matter on August 14, 2008 at No. 425 EAL 2008 shall be withdrawn and replaced at the same docket number by the Petition for Allowance of Appeal to be filed by Teri Himebaugh, Esquire within ten (10) days of this order.